**United States District Court**
**Southern District of New York**
_____

**UNITED STATES OF AMERICA,**

       - against -                                  04 Cr. 248 (JGK)

**GARY KISS,**                                        MEMORANDUM OPINION
                                                            AND ORDER
                 **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

    The defendant moves for the early termination of his supervised release. He has served approximately three years of his five-year term of supervised release. He argues that he has complied with all of the terms of his supervised release. However, the defendant has failed to show that there are exceptional circumstances or changed circumstances that warrant altering the original term of supervised release. See, e.g., United States v. Lussier, 104 F.3d 32, 36 (2d Cir. 1997).

    Therefore, the defendant's application for early termination of supervised release is **denied** at this time. The denial is without prejudice to any application the defendant may make in the future explaining why there are exceptional or changed circumstances warranting the early termination of supervised release. The defendant should discuss this issue with the Probation Office.

The Clerk is directed to close **Docket No. 27.**

SO ORDERED.

Dated:   New York, New York
           May 17, 2011

                                        John G. Koeltl
                                  United States District Judge